UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,                                 )<br>                                                                              )<br>                       Plaintiff,                              )<br>                                                                              )     Case No. CR05-463M<br>             v.                                                         )<br>                                                                              )<br>PETER DOUGLAS LOCKWOOD,          )     DETENTION ORDER<br>                                                                              )<br>                       Defendant.                           )<br>_____)  | |

Offense charged:

    Armed Bank Robbery in violation of 18 U.S.C. §§ 2113(a) and (d).

Date of Detention Hearing:   10/4/05

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    In the Pretrial Services Report of October 4, 2005, a substantial number of criminal violations are cited. A criminal record check reflects that the defendant has been charged with previous assault charges. In addition, in this case he is being charged as an active participant in a particularly violent offense.

(2) Defendant is homeless and unemployed. In addition, he is addicted to methamphetamine and is a crack cocaine user.

(3) Defendant has a history of prior failures to appear in Court.

(4) Defendant is viewed as a risk of danger due to the nature of the charges, his substance-abuse addiction, and his criminal history.

(5) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 5th day of October, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge