JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-367-JCC |
| Plaintiff, | ) ) ) | ORDER ON STIPULATED MOTION |
| vs. | ) ) | TO CONTINUE DEADLINE FOR FILING PRETRIAL MOTIONS |
| PETER DOUGLAS LOCKWOOD, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER having come before the Court on the joint motion of the parties for an order continuing the deadline for filing pretrial motions in this cause, and the Court having considered the joint motion of the parties, together with the balance of the records and files herein, the Court now finds and rules as follows:

On November 3, 2005, the parties filed a joint motion seeking a continuance of the deadline for filing retrial motions in this cause. Trial presently is scheduled to begin on December 5, 2005, and pretrial motions are due on November 3, 2005.

The defendant, Peter Douglas Lockwood, is represented by Assistant Federal Public Defender Nancy Tenney and the United States is represented by Assistant United States Attorney Tessa Gorman. The parties have requested additional time to pursue the possible resolution of this matter without the necessity of a trial.

ORDER ON STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS FILING DATE - 1
(Peter Douglas Lockwood CR05-367-JCC)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington**
**(206) 553-1100**

1  //

2      IT IS HEREBY ORDERED that the joint motion of the parties for a continuance
3  of the deadline for filing pretrial motions is GRANTED.

4      IT IS FURTHER ORDERED that the deadline for filing pretrial motions shall be
5  continued from November 3, 2005 to November 10, 2005.

6      DATED this 7th day of November, 2005.

                                            */s/ John C. Coughenour*
                                       UNITED STATES DISTRICT JUDGE

Presented by:
s/Nancy Tenney
  WSBA No. 35304
  Attorney for Peter Douglas Lockwood
  Federal Public Defender's Office
  1601 Fifth Ave., Suite 700
  Seattle, WA   98101
  206/553-1100
  206/553-0120
  Nancy_Tenney@fd.org

s/Tessa Gorman
  Assistant United States Attorney
  700 Stewart St., Suite 5220
  Seattle, WA   98101-1271
  206/553-4213
  Tessa.Gorman@usdoj.gov

ORDER ON STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS FILING DATE - 2
(Peter Douglas Lockwood CR05-367-JCC)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington**
**(206) 553-1100**